# APPENDIX.

## MEMORANDUM DECISIONS.

M. G. BOWMAN v. A. N. PITSENBERGER.
No. 14,665.   (85 Pac. 1134.)

Error from Morris district court; OSCAR L. MOORE, judge.   Opinion filed June 9, 1906.   Affirmed.

*John Maloy,* for plaintiff in error.
*Nicholson & Pirtle,* for defendant in error.

*Per Curiam:* The only question presented in this case is that the verdict is not sustained by the evidence.   No objections are made to the admission or rejection of evidence and none to the instructions given to the jury.

This court cannot weigh or reconcile evidence.   The conclusion reached by the jury was reasonable and fully justified by the testimony given.   There is nothing to indicate mistake, passion, or prejudice.   The judgment is affirmed.

THE STATE OF KANSAS v. H. W. DAVIS.
No. 14,868.   (86 Pac. 141.)

Appeal from Shawnee district court; ALSTON W. DANA, judge.   Opinion filed July 6, 1906.   Reversed.

*C. C. Coleman,* attorney-general, and *F. S. Jackson,* assistant attorney-general, for The State.
*Galen Nichols,* and *C. A. Magaw,* for appellant.

*Per Curiam:* The judgment in this case is reversed upon the authority of *The State v. Carter, ante,* p. 156.